

**GULKOWITZ BERGER LLP**
544 Oak Drive
Far Rockaway, NY 11691
212-208-0006

August 18, 2020

**VIA ECF**
Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Case #8-20-08081-las – Ram Distribution Group LLC v. Joseph Gunnar & Co. LLC

Dear Judge Scarcella:

    I write on behalf of the parties to the above-referenced adversary proceeding to respectfully request an adjournment of the initial pretrial conference and time to submit the joint letter required by the Court. As the Defendant has filed a motion to dismiss and Plaintiff's time to respond or to file an amended complaint is due on or before September 4, 2020, the parties request that the dates for these matters be accordingly adjourned.

    Respectfully,

    /s/ Shaya M. Berger
    Shaya M. Berger

cc:    David Buffa, Esq. (via email)